

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00336-CR

**MICHAEL RAY FERGUSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. C37620-CR**

## O R D E R

This appeal was placed "at issue" on July 7, 2019. After reviewing the briefs, the Court learned that one of appellant's issues challenges the trial court's ruling on appellant's motion to suppress. However, the Court has no transcription of the motion to suppress as a part of the reporter's record.

Accordingly, the "at issue" status of this appeal is set aside. The Court Reporter is ORDERED to supplement the reporter's record within 21 days from the date of this

order with a transcription of the hearing on appellant's Motion to Suppress which appears to have occurred on or about May 30, 2018.[1]

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Order issued and filed January 10, 2020
[RWR]



---

[1] It appears a reporter's record was prepared but not filed because the briefs of the parties referenced a reporter's record. Accordingly, this appeal will again be considered "at issue" when the required record is filed unless a party files a motion for additional briefing based on the record filed.